# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

September 1, 2021

Before

DIANE S. SYKES, *Chief Judge*
WILLIAM J. BAUER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 19-2911 | MOHAMMED MAHRAN, <br>    Plaintiff - Appellant <br><br> v. <br><br> ADVOCATE CHRIST MEDICAL CENTER and ADVOCATE HEALTH AND HOSPITALS CORPORATION, <br>    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-05730 <br> Northern District of Illinois, Eastern Division <br> District Judge Sara L. Ellis ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**    (form ID: **132**)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit